No. 858. BARBOUR *v.* COMMISSIONER OF INTERNAL REVENUE. May 6, 1940. Petition for writ of certiorari

to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Prew Savoy* for petitioner. *Attorney General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arnold Raum* for respondent.